52,801-04

12-28-2015

MR ABE ACOSTA,

I'm WRITING ON REGAURDS of MY COPIE of MY WRIT of HABEAS CORPUS THAT I FILE A COUPLE of YEARS AGO. AND THE REASON FOR THIS REQUEST IS because I NEED TO STUDY IN WHAT REASON I WAS denied AND ALSO MY WRIT CASE NUMBER. SO IF YOU don't MIND I WOULD APPRECIATE IT SO MUCH.

AND ONCE AGAIN THANK YOU FOR YOUR. MAY YOU AND YOUR CO-WORKERS HAVE A WONDER CHRISTMAS AND A HAPPY NEW YEAR.

Earnest McFail

TDC-ID 1646735

ELLIS UNIT

1697 FM .980

HUNTSVILLE TEXAS 77343

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk